IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VERNON E. CEPHAS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | C.A. No. 23-491-CFC-LDH |
| ) | |
| ROBERT MAY, Warden, and ) | |
| ATTORNEY GENERAL OF THE ) | |
| STATE OF DELAWARE, ) | |
| ) | |
| Respondents. ) | |

## ORDER

WHEREAS Petitioner has filed objections (D.I. 38) to the Magistrate Judge's Report and Recommendation issued on September 17, 2025 (D.I. 32);

WHEREAS the Magistrate Judge recommended in the Report and Recommendation that the Court deny Petitioner's Petition under 28 U.S.C. § 2254 for Writ of Habeas Corpus by A Person in State Custody (D.I. 3);

WHEREAS the Magistrate Judge had the authority to make her findings and recommendations under 28 U.S.C. § 636(b)(1)(B);

WHEREAS this Court reviews the Magistrate Judge's findings and recommendations de novo, § 636(b)(1); *see also* Fed. R. Civ. P. 72(b)(3); *Brown v. Astrue*, 649 F.3d 193, 195 (3d Cir. 2011);

WHEREAS this Court agrees with the Magistrate Judge's thoughtful

analysis and conclusions and does not think she made any legal error;

NOW THEREFORE, on this Fifth day of January in 2026, it is HEREBY ORDERED that:

1. Petitioner's objections to the Magistrate Judge's Report and Recommendation (D.I. 38) are OVERRULED;

2. The Report and Recommendation (D.I. 32) is ADOPTED;

3. Plaintiff's Petition (D.I. 3) is DISMISSED and the relief requested therein is DENIED; and

4. The Court declines to issue a certificate of appealability because Petitioner has failed to satisfy the standards set forth in 28 U.S.C. § 2253(c)(2).

                                                _____
                                                                   CHIEF JUDGE